IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL JOHANNS, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, JOB CORPS NATIONAL FIELD OFFICE, | ) ) ) ) |
| | ) |
| Defendant. | ) |

Civil No. 06-4038-MJR (Consolidated)

| | |
|---|---|
| CHUCK TWARDOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL JOHANNS, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, JOB CORPS NATIONAL FIELD OFFICE, | ) ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the plaintiffs' motion for an extension of time to reply to the defendant's motion to disqualify plaintiffs' counsel. **(Doc. 29).** Plaintiffs desire to wait for U.S. District Judge Michael J. Reagan's ruling on their motion for reconsideration fo the decision to consolidate the plaintiffs' respective cases **(Doc. 26)**. Plaintiffs contend the motion to disqualify counsel will be moot if the cases are severed. Defendant disagrees that the motion to disqualify will become moot

if the two cases are severed.  **(Doc. 30).**

Without passing on whether severance of the plaintiffs' cases would render the motion to disqualify counsel moot, this Court would prefer to await Judge Reagan's ruling, rather than speculate on the severance issue.  This Court has no way of knowing how the representation issue will factor into Judge Reagan's analysis.  Once Judge Reagan has ruled, the parameters of this Court's analysis will be clear.

**IT IS THEREFORE ORDERED** that the plaintiffs' motion **(Doc. 29)** is **GRANTED**, in that plaintiffs' response to defendant's motion to disqualify counsel shall be filed within ten calendar days from the date of Judge Reagan's order ruling on plaintiffs' motion for reconsideration of the decision to consolidate the plaintiffs' respective cases **(Doc. 26)**.  Defendant shall have five calendar days to file any reply.

**IT IS SO ORDERED.**

**DATED: April 13, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
