IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY VAUGHN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL JOHANNS, Secretary** | ) |
| U.S. Department of Agriculture, | ) |
| Job Corps National Field Office, | ) |
| | ) |
| Defendant. | ) |

Civil No.  **06-4038-MJR**

| | |
|---|---|
| **CHUCK TWARDOWSKI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL JOHANNS, Secretary** | ) |
| U.S. Department of Agriculture, | ) |
| Job Corps National Field Office, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the court for purposes of docket control.

Defendant has filed a Motion to Disqualify Plaintiffs' Counsel.  **(Doc. 27)**.  In response, plaintiffs' counsel Jay Schafer indicates that, while the plaintiffs wish to waive any conflict, he has reservations about their doing so.  He has advised them to obtain other counsel. **See, Doc. 34**.  New counsel has appeared for plaintiff Vaughn.  Mr. Schafer asks that the proceedings be held in abeyance until both plaintiffs have secured new counsel.  Presumably, Mr. Schafer

1

intends to withdraw at that time.  Defendant has also filed a motion seeking an extension of the dispositive motion deadline.  **See, Doc. 37.**

After consultation with Judge Reagan, the court orders as follows:

- Plaintiff Chuck Twardowski is granted additional time in which to obtain new counsel.  Plaintiff Twardowski's new counsel shall enter his or her appearance by **May 25, 2007**.

- The court will set this matter for a status conference thereafter.

- The current dispositive motion deadline is vacated, to be reset after conference with the parties.

**IT IS SO ORDERED.**

DATE:  May 9, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**