IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY VAUGHN, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL JOHANNS, Secretary | ) |
| Defendant. | ) |

Civil No. **06-4038-MJR**

| | |
|---|---|
| CHUCK TWARDOWSKI, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL JOHANNS, Secretary | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is defendant's Motion to Disqualify Plaintiffs' Counsel. **(Doc. 27)**.

The motion is directed to plaintiffs' counsel Jay Schafer. Mr. Schafer has moved for and been granted leave to withdraw from representing both plaintiffs, and new counsel have now entered for both plaintiffs. **See, Docs. 36 and 38.**

**WHEREFORE**, defendant's Motion to Disqualify Plaintiffs' Counsel **(Doc. 27)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE: May 17, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**